# Executive Grant of Clemency

TO ALL TO WHOM THESE PRESENTS SHALL COME, GREETING:

**AFTER CONSIDERING THE APPLICATIONS** for executive clemency of the following named persons, I hereby commute the total sentence of confinement each of the following named persons is now serving to expire on **June 30, 2023**, leaving intact and in effect for each named person the term of supervised release imposed by the court with all its conditions and all other components of each respective sentence. By this grant, I intend that each of these persons shall remain on home confinement until **June 30, 2023**. Nothing in this grant should be presumed to interfere with or supersede the Bureau of Prisons' authority to oversee each person's confinement, and each person shall remain subject to all disciplinary rules—including punishment up to and including removal from home confinement for cause—for the violation of those rules. The following persons are recipients of this grant:

| Name | Reg. No. |
|---|---|
| **Chiquita C. Acker** | Reg. No. 15107-043 |
| **Kathy J. Alexander** | Reg. No. 32954-045 |
| **Camille Diane Armstrong** | Reg. No. 15667-479 |
| **Connie Avalos** | Reg. No. 34202-198 |
| **Lori Broadway** | Reg. No. 08337-479 |
| **Kevin Lee Burdock** | Reg. No. 09333-030 |
| **Bongani Charles Calhoun** | Reg. No. 29023-280 |
| **Jennifer Marie Chastain** | Reg. No. 16831-029 |
| **Aaron Courter** | Reg. No. 15248-028 |
| **Catherine Crotts** | Reg. No. 67043-018 |
| **Scottie Ladon Dixon** | Reg. No. 06612-003 |
| **Samuel J. Gemple** | Reg. No. 16538-027 |
| **Mario Francisco Gomez, Jr.** | Reg. No. 50773-039 |
| **Daniel Graap** | Reg. No. 10723-090 |
| **Lisa Gribble** | Reg. No. 47585-074 |
| **Andre Richard Harris** | Reg. No. 35084-001 |
| **Bart Hyde** | Reg. No. 12463-030 |
| **Rebecca Lawrence** | Reg. No. 00202-120 |
| **Rogelio Murillo** | Reg. No. 99908-379 |
| **Ricky Lee Newton** | Reg. No. 06565-040 |
| **Shawn Paaaina** | Reg. No. 10189-122 |
| **Robert Raymond Palmer** | Reg. No. 16589-003 |
| **Gregory Todd Peasley** | Reg. No. 13718-029 |

| | |
|---|---|
| **Maria Peterson** | Reg. No. 70986-050 |
| **Samuel Rivera** | Reg. No. 24501-052 |
| **German Roman-Oliver** | Reg. No. 69317-061 |
| **Vickie L. Sanders** | Reg. No. 13738-025 |
| **Phillip Steely** | Reg. No. 30325-076 |
| **Ryan Vick** | Reg. No. 11767-029 |
| **Gregory Warrick** | Reg. No. 56297-037 |
| **Raymond Washington** | Reg. No. 16089-078 |

**I HEREBY DESIGNATE**, direct, and empower the Pardon Attorney, as my representative, to deliver to the Bureau of Prisons a certified copy of the signed warrant as evidence of my action in order to carry into effect the terms of these grants of clemency, and to deliver a certified copy of the signed warrant to each of the persons to whom I have granted clemency as evidence of my action.

**IN TESTIMONY WHEREOF** I have hereunto signed my name and caused the seal of the Department of Justice to be affixed.



*Done at the City of Washington this 28th day of April in the year of our Lord Two Thousand and Twenty-three and of the Independence of the United States the Two Hundred and Forty-seventh.*

**JOSEPH R. BIDEN JR.**
**President**